UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>TIM PEREZ,<br><br>        Defendant. | NO. CV 14-1448-DSF (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 8/14/15

_____
DALE S. FISCHER
United States District Judge